NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARK LOCKWOOD, DOC #T45280,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 2D17-1019
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Rupak R. Shah of Escobar &
Associates, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

　　　　　　Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.